**ANTHEM HEALTH PLANS, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 03–5001.**

United States Court of Appeals,
Federal Circuit.

June 4, 2003.

Before RADER, BRYSON, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.